**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-4717**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTONIO LEVOWE CLARK,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CR-95-65-H)

---

Submitted: April 17, 1997        Decided: April 25, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

W. James Payne, POWELL & PAYNE, Shallotte, North Carolina, for Appellant. Janice McKenzie Cole, United States Attorney, John S. Bowler, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Antonio L. Clark appeals his conviction and sentence of 200 months incarceration for possession of crack cocaine, in violation of 21 U.S.C.A. § 844 (West Supp. 1997). Clark contends that the Government breached his plea agreement. Finding no reversible error, we affirm Clark's sentence.

Clark contends that the Government breached the plea agreement by not giving him an opportunity to earn a reduction in sentence by providing substantial assistance.[*] Clark's claim is without merit. In United States v. Ringling, 988 F.2d 504, 506 (4th Cir. 1993), we held that a nearly identical plea agreement obligated the Government to debrief the defendant and that the Government's absolute failure to do so breached the agreement. However, such is not the case here. Clark was given an opportunity to cooperate, yet he was ill-tempered and uncooperative and provided no valuable information. The Government was not then obligated to give Clark additional opportunities to provide substantial assistance. Therefore, the plea agreement was not breached.

Accordingly, we find Clark's appeal without merit, and we affirm his conviction and sentence. We dispense with oral argument because the facts and legal contentions are adequately presented in

---

[*] See United States Sentencing Commission, Sentencing Guidelines, § 5K1.1 (Nov. 1995). Clark was sentenced in September 1996.

the materials before the court and argument would not aid the decisional process.

AFFIRMED